# Stephen Sulzer

| | |
|---|---|
| **From:** | DCD_ECFNotice@dcd.uscourts.gov |
| **Sent:** | Friday, May 31, 2024 2:08 PM |
| **To:** | DCD_ECFNotice@dcd.uscourts.gov |
| **Subject:** | Activity in Case 1:23-cr-00421-JMC USA v. MASSAQUOI Motion to Dismiss Case |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

District of Columbia

## Notice of Electronic Filing

The following transaction was entered by Sulzer, Stephen on 5/31/2024 at 2:08 PM and filed on 5/31/2024

| | |
|---|---|
| **Case Name:** | USA v. MASSAQUOI |
| **Case Number:** | 1:23-cr-00421-JMC |
| **Filer:** | Dft No. 1 - SIAKA TONIA MASSAQUOI |
| **Document Number:** | 27 |

**Docket Text:**
**MOTION to Dismiss Case , MOTION to Compel by SIAKA TONIA MASSAQUOI. (Attachments: # (1) Exhibit Exhibit A, # (2) Exhibit Exhibit B, # (3) Exhibit Exhibit C, # (4) Exhibit Exhibit D, # (5) Exhibit Exhibit E, # (6) Exhibit Exhibit F, # (7) Exhibit Exhibit G, # (8) Exhibit Exhibit H, # (9) Exhibit Exhibit I, # (10) Exhibit Exhibit J, # (11) Exhibit Exhibit K, # (12) Exhibit Exhibit L, # (13) Exhibit Exhibit M, # (14) Exhibit Exhibit N, # (15) Exhibit Exhibit O, # (16) Exhibit Exhibit P, # (17) Exhibit Exhibit Q, # (18) Exhibit Exhibit R, # (19) Exhibit Exhibit S)(Sulzer, Stephen)**

**1:23-cr-00421-JMC-1 Notice has been electronically mailed to:**

Jonathan Gross    jonathansgross@gmail.com

Nialah S. Ferrer    nialah.ferrer@usdoj.gov

Stephen Lee Sulzer    ssulzer@sulzerpllc.com

**1:23-cr-00421-JMC-1 Notice will be delivered by other means to::**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** suppressed
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=5/31/2024] [FileNumber=8954187-0]
[747b7bd4e6a7f77a5df6479395b022aa55b5c1d87f58a13ec6f15ad2e71d8d966593
348a06c87a7513f6d70485ff3ab5c08b95a725cbaefe5a21740c139587d0]]
**Document description:** Exhibit Exhibit A
**Original filename:** suppressed
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=5/31/2024] [FileNumber=8954187-1]
[09cdb4cb063dce918d717fa92eadb953cdc189bfc0a686629edc62d5d8ff042a34a2
e83ee3cbd11b5ec1809aa174b6567cbb2a4c7e7c1b7a3e70ae0adb862170]]
**Document description:** Exhibit Exhibit B
**Original filename:** suppressed
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=5/31/2024] [FileNumber=8954187-2]
[45444a004bc3f874193c422d8b3d9d6048d0eff22d62bd881cf11517db1d86e7bab7
4da6691f5a3faea22b631e85951f5273f35b6d29458fc9bcbbafda433d80]]
**Document description:** Exhibit Exhibit C
**Original filename:** suppressed
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=5/31/2024] [FileNumber=8954187-3]
[29f3b09eb231aa9f19466727edef1d30b8c35d995fb55f948ad6a80341cb9b1f462d
a29aeea05a97ba0e9ab19a5cbeb2e75398c9214667a286fd717b23444761]]
**Document description:** Exhibit Exhibit D
**Original filename:** suppressed
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=5/31/2024] [FileNumber=8954187-4]
[ab1bc1fc245967765fe42194b012a1e4313044a477665fc17b38043b4ac4f103921b
8e1591971cef9c387e7e54472d8e8c439ad5f2fd48a1475ce0bfb3b63e43]]
**Document description:** Exhibit Exhibit E
**Original filename:** suppressed
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=5/31/2024] [FileNumber=8954187-5]
[79ea48f0d6710bd0c414c5ffba7291520f541d32f19afa5a9f2795e7cc055f7b17ab
336293e1b28149d84fa52310d9d2b025b68e8d7ab8ac821bf6f8751c5379]]
**Document description:** Exhibit Exhibit F
**Original filename:** suppressed
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=5/31/2024] [FileNumber=8954187-6]
[5a3be66f4cda1c0fde61ec453459c868babe9ea83b9aec10d34162d6bb444b324dea
c3123952143f30529f07ee48e53fa3a482dbf57109da9dd5e858a20e5705]]
**Document description:** Exhibit Exhibit G
**Original filename:** suppressed
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=5/31/2024] [FileNumber=8954187-7]

[9a43e04c3b81c9cb148086a5e25704d532cbe7a4d8aea0edf47dbb5c336b34e27810
2bbd6cbad0e5c253d3fd5c74759f7c44c996efb6b22f500ac41de18018fd]]
**Document description:**Exhibit Exhibit H
**Original filename:**suppressed
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=5/31/2024] [FileNumber=8954187-8]
[8b6c78d82f201bad90d7733fe6d629edd77913c1a0ba6608ab4776c816f924fc3f2b
3f950456a0031bae1e3be9bbb8ec253e9f1c698ee610c263a2a72c255ab9]]
**Document description:**Exhibit Exhibit I
**Original filename:**suppressed
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=5/31/2024] [FileNumber=8954187-9]
[63b380b615d2190c3efeffeeb34ed0eefdbaeb6e959c91c4076f02299057c915371e
27438628c4ce9e9a6fd3c16b9eb91fe8ae68002932fe2a0bd15baf81e0db]]
**Document description:**Exhibit Exhibit J
**Original filename:**suppressed
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=5/31/2024] [FileNumber=8954187-10
] [8164c24f1460b8a594ba61d58d0029f7d317e442217a167d0037c7f7e1a674d430d
73e72e2bc1a62d6b54454521f24c8181cad1c0d1611310b50dffaaa712d3e]]
**Document description:**Exhibit Exhibit K
**Original filename:**suppressed
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=5/31/2024] [FileNumber=8954187-11
] [0b5566133819bed97bc4f580b66718b63ede968a4a737b2361f3bc86259294dc421
e593da8bd5e5c7f488d57f5157a0e29719ef92aefce980441b97a21c0e620]]
**Document description:**Exhibit Exhibit L
**Original filename:**suppressed
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=5/31/2024] [FileNumber=8954187-12
] [5856c7d5ba8916d8fd194df7b53071a5ccce97936c3bab5fa427f1d82a09e41a963
1cd75a9ec9ddc0637ac86bff061ba1070fcef42ece228df9263dca0521467]]
**Document description:**Exhibit Exhibit M
**Original filename:**suppressed
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=5/31/2024] [FileNumber=8954187-13
] [6264f3a192743593c823d39b016d42c9de5fa7ba98c867e6d8b4cbfef67b12d9eb6
5a53265a771ca6d3e9544914659f8c568b89b5c91cc055fdbd3f77443c1a5]]
**Document description:**Exhibit Exhibit N
**Original filename:**suppressed
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=5/31/2024] [FileNumber=8954187-14
] [91a5a911fcde5c08d5b84f337e21185b52b89aa9c01aec824111819c6c066eb484f
f130d028c23609aaf502f2428ab8aa4ea85c6204de166ed3433493c81fa27]]
**Document description:**Exhibit Exhibit O
**Original filename:**suppressed
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=5/31/2024] [FileNumber=8954187-15

] [833065e0dcc6e9735521208d1bb8baf0983a35dd2820c5182d2960fab12aa373387459738aa2dac3a4be6ac429f3d07ec23cfdb4f73498b732ad6604dd558325]]

**Document description:** Exhibit Exhibit P
**Original filename:** suppressed
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=5/31/2024] [FileNumber=8954187-16
] [0bff08f6e4889fac784107840aef2f0dba50c538a2371bd2d45194affe1b85d7af5c75d7c407152ac9321336a0833d3844808a081c1d5f1f48d616901fcb39ab]]

**Document description:** Exhibit Exhibit Q
**Original filename:** suppressed
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=5/31/2024] [FileNumber=8954187-17
] [a55c77fe8d0ec92b18b290696a09701b03e29a8bdc9584851b78aaf87eba0e1f13b5b3795474e173fcf45b018174d22d4a57c6f022c8adeb70e2c0b6da1088bd]]

**Document description:** Exhibit Exhibit R
**Original filename:** suppressed
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=5/31/2024] [FileNumber=8954187-18
] [060ff95c8be9a2b202cfbc33cbf68e567cda3186ef16efdf88e8ced0b03c165d5bc93fc3afff361d8e77266402472d44ea6622a1592296482e187a14012af71f]]

**Document description:** Exhibit Exhibit S
**Original filename:** suppressed
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=5/31/2024] [FileNumber=8954187-19
] [1b1b6fe06e8f3f943715cce99cfb289cfa4e16ad849281edca3cdf2cb9ba6c0710852c57f33f35691df7235a695fb44573cfce4faef095de63db0eb2af9b050a]]