| POLITICS

# Kavanaugh Protesters Ignore Capitol Barricades Ahead of Saturday Vote

U.S. Capitol Police arrested 101 protesters Friday



Capitol Police arrest anti-Kavanaugh protesters staging a sit-in on the Capitol steps hours before the vote to confirm Brett Kavanaugh to the Supreme Court on Saturday, Oct. 6, 2018. (Bill Clark/CQ Roll Call)

By Katherine Tully-McManus
Posted October 6, 2018 at 1:18pm

Protesters broke through Capitol Police barricades and rushed up the steps to the Capitol Rotunda Saturday afternoon amid large demonstrations ahead of a Senate vote on Supreme Court nominee Brett Kavanaugh.

The metal barricades were erected Thursday to keep demonstrators on specific areas of the Capitol grounds. Security has been heightened on Capitol Hill in recent weeks due in part to huge numbers of protesters trying to access Senators to voice their views on the nominations.

101 protesters were arrested Friday.

Protesters chanted "we believe survivors" and "no justice no seat" while sitting on the steps of the Capitol. They were seated far behind where tourists and visitors are usually able to go up the stairs.

"Vote them out, vote them out," chanted the group, bolstered by hundreds on the east front.

Capitol Police had a whole case of hundreds of zip-tie handcuffs and officers lined up single file to escort one protester at a time down the stairs. As each batch of arrestees walked down the stairs, the cheers rose from the hundreds assembled below on the east front stretching out to the street.



**NASA Neurologist: "Ditch These 5 Foods and Restore Memory Like Magic" (Stop Eating These)**

🔥 117,141



**4 Warning Signs Of Dying Liver**

🔥 61,932



**Heart Surgeon Begs Americans: "Stop Doing This To Your Blueberries"**

🔥 23,800



**Macular Degeneration Can Disappear, Just Stop Doing This (It Might Surprise You)**

🔥 10,544



**Olives Are Changing How We Lose Weight, Here's Why**

🔥 4,421



**Audiologist Breaks Silence On the Highest-Rated Hearing Aid**

🔥 32,289

Sponsored Ad

**RECENT STORIES**