UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br><br>v. )<br> )<br>SIAKA TONIA MASSAQUOI, )<br> )<br>Defendant. ) | Case No. 1:23-cr-00421-JMC |

**DEFENDANT SIAKA MASSAQUOI'S NOTICE WITHDRAWING**
**HIS MOTION TO STRIKE PURSUANT TO RULE 47(b)**

PLEASE TAKE NOTICE that Defendant Siaka Massaquoi ("MASSAQUOI") hereby withdraws the motion which appears at Docket No. 32, *i.e.,* his motion to strike pursuant to Rule 47(b) the government's opposition to Defendant's motion to dismiss the charges against him on grounds of selective prosecution.

Dated: July 2, 2024                                                Respectfully submitted,

*/s/ Stephen L. Sulzer*
Stephen L. Sulzer
D.C. Bar No. 340943
**STEPHEN L. SULZER PLLC**
700 12th Street, N.W., Suite 700
Washington, D.C. 20005
Tel.: 703-899-2903 (direct)
         202-499-2301 (ofc main line)
Fax: 202-558-5101
Email: ssulzer@sulzerpllc.com

JONATHAN GROSS
Bar ID: MD0162
2833 Smith Ave., Suite 331
Baltimore, MD 21209

1

Tel.:  (443) 813-0141
Email:  jonathansgross@gmail.com

*Attorneys for Defendant*
*Siaka Tonia Massaquoi*

**CERTIFICATE OF SERVICE**

I certify that on the 2nd day of July 2024, a true copy of the foregoing Defendant Siaka Massaquoi's Notice Withdrawing His Motion to Strike Pursuant to Rule 47(b) has been filed electronically with the Clerk of the Court for the United States District Court for the District of Columbia by using the CM/ECF system.  I certify that Counsel for the United States in this case is a registered CM/ECF user and that service will be accomplished by the CM/ECF system.  I further certify that the foregoing Defendant Siaka Massaquoi's Notice Withdrawing His Motion to Strike Pursuant to Rule 47(b) was served via email on the United States through Assistant United States Attorney Nialah S. Ferrer at nialah.ferrer@usdoj.gov.

/s/ *Stephen L. Sulzer*
Stephen L. Sulzer (DC Bar No. 340943)
**STEPHEN L. SULZER PLLC**
700 12th Street, N.W., Suite 700
Washington, D.C.  20005
Tel.:  703-899-2903 (direct)
         202-499-2301 (ofc main line)
Fax:   202-558-5101
Email:  ssulzer@sulzerpllc.com

*Attorney for Defendant Siaka Tonia Massaquoi*