**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES, ) | |
| ) | |
| v. ) | Case No. 1:23-cr-421 |
| ) | |
| MASSAQUOI ) | |
| ) | |

**DECLARATION OF ATTORNEY JONATHAN GROSS IN SUPPORT OF DEFENDANT'S MOTION TO POSTPONE TRIAL**

Pursuant to 28 U.S.C. § 1746, I, Jonathan Gross, attorney for SIAKA MASSAQUOI hereby declares as follows:

1. I live in Baltimore, MD. My home is over one hour away from the E. Barrett Prettyman Courthouse in Washington, D.C. With traffic, it is not unusual for it to take up to and sometimes over two hours to drive from the Courthouse to my home.

2. I practice Judaism according to the Orthodox tradition.

3. This year, the Jewish holiday of Sukkot begins shortly before Sundown, October 16. Sundown on October 16, is at 6:27 p.m.

4. According to my sincerely held religious beliefs, beginning at Sundown at the commencement of the Jewish Shabbos or a holiday including Sukkot, I do not perform certain activities, including riding in a car, using electronics, writing, or any activity associated with "work."

5. I do not ever under any circumstances practice law on Shabbos or the holidays, including Sukkot.

6. As a safeguard, I take every precaution to be home with more than enough time to prepare for Shabbos and holidays.

7. The holiday of Sukkot is several days long. The first two days that fall this year on October 17 and 18, are especially strict regarding the performance of work related activities.

8. Mr. Massaquoi's trial is scheduled for October 15 and will likely go into the holiday of Sukkot. It will be impossible for me to attend the trial past noon on October 16, or for any of the days of October 17 or 18.

9. I have trials scheduled for November 14, November 25, and December 16, 2024.

10. On November 14, 2024, I have a trial in the case of *United States v. Brett,* 1:22-cr-11, in the United States Court for the District of Columbia.

11. On November 25, 2024, I have a trial in the case of *Clere, et al, v. Anderson, et al.,* Case No. C-06-cv-23-313, in the Circuit Court of Maryland for Carroll County.

12. On December 16, 2024, I have a trial in the case of *Southern Mail Service v. Shermot,* Case No. 23-03-03678, in the District Court for Montgomery County, Texas.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 19, 2024

/s/ Jonathan Gross

Jonathan Gross