**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| **v.** | **:** | **Criminal No. 23-CR-421 (JMC)** |
| | **:** | |
| **SIAKA TONIA MASSAQUOI,** | **:** | |
| | **:** | |
| **Defendant.** | **:** | |

**GOVERNMENT'S RESPONSE TO**
**MOTION TO POSTPONE TRIAL**

The United States submits this brief response to Defendant's Motion to Postpone Trial. In discussion with the defendant via counsel, the government indicated that it would not consent to a continuance based on defendant's argument that there is "insufficient time in the case schedule to review the unusually large volume of … discovery." *See* Def Mtn to Postpone, ECF No. 37 at 2. For this reason, the government opposes the defendant's request for a continuance into 2025. As indicated in the previous status hearing, the government stands ready to proceed with trial as scheduled on October 15, 2024. This trial has been scheduled since April 2024. *See* Minute Entry on 04/10/2024. The government produced case-specific discovery since February 2024, giving the defendant over nine months to review and prepare for trial. The government understands the unavailability of defense counsel due to the observance of a religious holiday and, for that reason, it would not oppose a short continuance to accommodate that specific conflict. As indicated in the defendant's motion, the religious holiday is a week long. *See* ECF No. 37 at 4.  The government has availability after the holiday in October 2024, November 2024 (with exception to November 14-21) and during the week of December 2, 2024.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar Number 481052


By:     */s/Nialah S. Ferrer*
        NIALAH S. FERRER
        Assistant United States Attorney
        New York Bar No. 5748462
        United States Attorney's Office
        District of Columbia
        (202) 557-1490
        nialah.ferrer@usdoj.gov

        */s/Jake Elijah Struebing*
        JAKE ELIJAH STRUEBING
        Assistant United States Attorney
        D.C. Bar No. 1673297
        United States Attorney's Office
        District of Columbia
        (202) 252-6931
        jake.struebing@usdoj.gov

2