UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) ) v. ) ) SIAKA TONIA MASSAQUOI, ) ) Defendant. ) | Case No. 1:23-cr-00421-JMC |

**DEFENDANT SIAKA MASSAQUOI'S EMERGENCY MOTION FOR ACCELERATED CONSIDERATION AND GRANT OF HIS MOTION TO DISMISS ON GROUNDS OF SELECTIVE PROSECUTION OR TO COMPEL IMMEDIATE PRODUCTION OF DISCOVERY RELATING TO SELECTIVE PROSECUTION**

On June 1, 2024, Defendant Siaka Massaquoi ("MASSAQUOI") moved the Court for entry of an order dismissing all charges against him, with prejudice, on grounds of selective prosecution or, at the very least, compelling the government to produce information that is highly material to selective prosecution, but which the government has refused to provide. (ECF. No. 28.) That motion has been fully briefed and has lain dormant as the period for discovery has lapsed in this case.

Defendant MASSAQUOI acknowledges that the November 25, 2024 deadline for filing pretrial motions has now passed, but new facts have arisen which provide the grounds for the instant emergency motion. Over this past weekend, on December 1, 2024, President Biden announced the unconditional pardon of his son Hunter on, *inter alia,* all firearms- and tax-related charges that were pending against him, on grounds that the DOJ's prosecution of Hunter Biden constituted selective prosecution intended to disadvantage President Biden in the 2024 election.

1

Statement from President Joe Biden | The White House (copy appended as Exhibit "A"). The admissions made by President Biden in granting his son's pardon cast in a new light Defendant MASSAQUOI's motion for dismissal on grounds of selective prosecution or at least for an order compelling selective prosecution-related discovery.

As support/justification for pardoning his son, President Biden acknowledged that the DOJ's disparate treatment of similarly-situated defendants, done at the behest of political opponents to affect an election, is unfair and wrong. *See* Exhibit A. He failed to acknowledge, however, that he has been doing exactly the same thing in an effort to disadvantage President-Elect Trump and down-ballot Republican candidates in the 2024 election, by ordering the DOJ to prosecute every single MAGA Republican who visited the Capitol on January 6, 2021 – even those who were completely peaceful/non-violent. The double standard employed by President Biden in relentlessly and selectively prosecuting President Trump's supporters, but pardoning his son Hunter, is blatantly unfair and wrong, but the DOJ's prosecutions of January 6 defendants such as Defendant MASSAQUOI continue unabated to this day.

The temerity and hypocrisy of President Biden and his DOJ in pursuing charges against Defendant MASSAQUOI in these circumstances is absolutely staggering. When an administration deliberately and relentlessly pursues unconstitutional, politically-motivated prosecutions of its political opponents, and then openly admits that doing so constitutes improper selective prosecution, the judiciary has a clear duty to put a quick stop to it. The double standard that has been applied in prosecuting nonviolent January 6 defendants such as Defendant MASSAQUOI for purely political reasons is not only unconstitutional, but utterly despicable.

Defendant MASSAQUOI therefore seeks immediate consideration and grant of his motion to dismiss the case against him on grounds of selective prosecution or, at the very least,

entry of an order continuing the trial in this case and requiring the government to produce the selective prosecution-related discovery first requested by Defendant MASSAQUOI in February, March, and May 2024.

## CONCLUSION

Because the President did not announce his pardon of Hunter Biden on selective prosecution grounds until December 1, 2024, six days after the November 25, 2024 deadline in this case for pretrial motions, Defendant MASSAQUOI asks the Court to rescind the deadline for pretrial motions and set an expedited schedule for briefing and consideration of the instant motion and his motion to dismiss or compel discovery.

For the foregoing reasons, Defendant MASSAQUOI urges the Court to redress the legal double standard being applied by the government to continue its politically-motivated prosecutions of MAGA Republicans. The Court should promptly enter an order dismissing this case with prejudice on grounds of selective prosecution or, at the very least, continuing the trial in this case and requiring the government to produce the selective prosecution-related discovery requested by Defendant MASSAQUOI in February, March, and May 2024.

Because the instant motion seeks complex alternative outcomes, Defendant MASSAQUOI respectfully has not provided the Court with a proposed order.

Dated:  December 3, 2024                                  Respectfully submitted,

                                                          */s/ Stephen L. Sulzer*
                                                          Stephen L. Sulzer
                                                          D.C. Bar No. 340943
                                                          **STEPHEN L. SULZER PLLC**
                                                          700 12th Street, N.W., Suite 700
                                                          Washington, D.C. 20005
                                                          Tel.:  703-899-2903 (direct)
                                                                 202-499-2301 (ofc main line)
                                                          Fax:  202-558-5101
                                                          Email:  ssulzer@sulzerpllc.com

JONATHAN GROSS
Bar ID: MD0162
2833 Smith Ave., Suite 331
Baltimore, MD 21209
Tel.: (443) 813-0141
Email: jonathansgross@gmail.com

*Attorneys for Defendant*
*Siaka Tonia Massaquoi*

**CERTIFICATE OF SERVICE**

I certify that on the 3rd day of December 2024, a true copy of the foregoing Defendant Siaka Massaquoi's Emergency Motion For Accelerated Consideration and Grant of His Motion to Dismiss on Grounds of Selective Prosecution or to Compel Immediate Production of Discovery Relating to Selective Prosecution has been filed electronically with the Clerk of the Court for the United States District Court for the District of Columbia by using the CM/ECF system. I certify that Counsel for the United States in this case is a registered CM/ECF user and that service will be accomplished by the CM/ECF system. I further certify that the foregoing Defendant Siaka Massaquoi's Emergency Motion For Accelerated Consideration and Grant of His Motion to Dismiss on Grounds of Selective Prosecution or to Compel Immediate Production of Discovery Relating to Selective Prosecution was served via email on the United States through Assistant United States Attorneys Jake Elijah Struebing at Jake.Struebing@usdoj.gov and Nialah S. Ferrer at nialah.ferrer@usdoj.gov.

/s/ *Stephen L. Sulzer*
Stephen L. Sulzer (DC Bar No. 340943)
**STEPHEN L. SULZER PLLC**
700 12th Street, N.W., Suite 700
Washington, D.C. 20005
Tel.: 703-899-2903 (direct)
        202-499-2301 (ofc main line)
Fax: 202-558-5101
Email: ssulzer@sulzerpllc.com

*Attorney for Defendant Siaka Tonia Massaquoi*