UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Case No.   23-CR-421 (JMC) |
| v. : | |
| : | |
| SIAKA MASSAQUOI, : | |
| : | |
| : | |
| Defendant. : | |

**JOINT PRETRIAL STATEMENT**

Pursuant to the Court's Scheduling Order, ECF No. 42, the parties in the above-captioned matter respectfully submit the following joint pretrial statement. The parties previously submitted a joint pretrial statement on December 12, 2024, when the defendant had elected a bench trial. *See* ECF No. 54.

**A.  Plea Offer**

On May 31, 2024, the government extended a plea offer to Counts Three and Four of the Information, which charges the defendant with Disorderly and Disruptive Conduct, in violation of 40 U.S.C. § 5104(e)(2)(D) and Parading, Demonstrating, and Picketing in a Capitol Building, in violation of 40 U.S.C. § 5104(e)(2)(G)—two Class B misdemeanors. The offer expired on June 14, 2024. On June 12, 2024, the defendant rejected the government's plea offer.

**B.  Proposed Statement of the Case**

The United States has charged the defendant in connection with events which occurred at the United States Capitol on January 6, 2021. Count One charges the defendant with entering and remaining in a restricted building or grounds. Count Two charges the defendant with disorderly and disruptive conduct in a restricted building or grounds. Count Three charges the defendant with

disorderly and disruptive conduct in a Capitol building or grounds. Count Four charges the defendant with parading, demonstrating, and picketing in a Capitol building.

The defendant has pleaded not guilty to all charges and denies all charges.

### C. Proposed Voir Dire

The defendant submitted additional proposed voir dire to the Court on January 16, 2025. The government has no objections or proposed modification to the Court's proposed voir dire. The governments anticipates filing a response to the defendant's additional proposed voir dire no later than January 17, 2025.

### D. Proposed Jury Instructions

The defendant submitted proposed jury instructions to the Court on January 16, 2025. The government anticipates filing its proposed jury instructions no later than on January 17, 2025.

### E. List of Expert Witnesses

Neither party intends to call an expert witness in their case-in-chief.

### F. List of Prior Convictions

The government does not intend on using any of the defendant's prior convictions.

### G. List of Exhibits

The government and the defense exchanged exhibit lists and exhibits on December 2, 2025. ECF Nos. 54-2, 54-3. The defendant's objections to the government's proposed exhibits are listed in the far-right column of the government's exhibit list. ECF No. 54-2. The government's objections to the defendant's exhibits are listed below the defendant's exhibit list. ECF No. 54-3. The parties reserve the right to amend their exhibit lists as trial preparations continue.

### H. Stipulations

The government provided defense counsel with proposed stipulations. ECF No. 54-4. At this time, the parties have stipulated to the identity of the defendant and the authenticity of the digital data extracted from the devices searched in connection with this case. *See* Government Exhibits 1101, 1102.

### I. Proposed Verdict Form

A proposed verdict form is attached to this submission as Exhibit A.

### J. Proposed Schedule

Pursuant to the schedule agreed upon by the parties, the government and the defendant exchanged witness lists on January 7, 2025. ECF No. 54. The government also produced all Jencks material to the defendant on January 7, 2025.

Respectfully submitted,

| For the Defendant: | For the United States: |
|---|---|
|  | BRIDGET M. FITZPATRICK<br>Acting United States Attorney<br>D.C. Bar No. 474946 |
| /s/ *Jonathan Gross*<br>*(signed by permission)*<br>JONATHAN GROSS<br>Counsel for Defendant<br><br>STEPHEN SULZER<br>Counsel for Defendant | */s/ Carlos A. Valdivia*<br>CARLOS A. VALDIVIA<br>Assistant United States Attorney<br>D.C. Bar No. 1019242<br>U.S. Attorney's Office for the<br>District of Columbia<br>601 D Street, NW<br>Washington, D.C. 20530<br>Phone: (202) 252-7508<br>Email: Carlos.Valdivia@usdoj.gov |

                                              */s/ Jake E. Struebing*
                                              JAKE E. STRUEBING
                                              Assistant United States Attorney
                                              D.C. Bar No. 1673297
                                              U.S. Attorney's Office for the
                                              District of Columbia
                                              601 D Street, NW
                                              Washington, D.C. 20530
                                              Phone: (202) 252-6931
                                              Email:  Jake.Struebing@usdoj.gov